

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-18-00352-CV

Style:     R. J. R. v. A. M. R.

Date motion filed*:     June 12, 2018

Type of motion:     Motion to Substitute Counsel

Party filing motion:     Appellant's Current Lead Counsel, William B. Connolly, and New

Counsel, Adam J. Morris

Document to be filed:     N/A

Is appeal accelerated?     No.

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Appellant's motion to substitute counsel, is **granted** because it complies with Rule 6.5(d) and was signed by both withdrawing counsel and new counsel.  *See* TEX. R. APP. P. 6.5(b), (d).  The Clerk of this Court is **directed** to remove William B. Connolly as counsel for appellant and to substitute Adam J. Morris as appellant's lead counsel of record.  *See id.* 6.1(c).

Judge's signature: /s/ Laura C. Higley
     ☑ Acting individually     ☐ Acting for the Court

Date:  June 14, 2018